■ DANIEL L. BALE, Respondent-Appellant, v PYRON CORPORATION, Appellant-Respondent and Third-Party Plaintiff. JOSEPH DAVIS, INC., Third-Party Defendant-Respondent. [684 NYS2d 393] —Order unanimously affirmed without costs. Memorandum: Plaintiff commenced this action to recover damages for injuries he sustained when he slipped and fell while employed by third-party defendant on premises owned by defendant. Plaintiff fell while walking from the construction site to a job trailer located outside a nearby building. Plaintiff was walking close to that building to avoid the wind, and he slipped and fell on snow-covered ice under an awning protecting a doorway from the run-off of water from the gutterless roof.

Supreme Court properly denied that part of defendant's motion seeking summary judgment dismissing the common-law negligence cause of action. The "presence of ice below the gutterless roof raises a question of fact as to causation and [the owner's] responsibility * * * for defects on the premises over which he retains control" (*El Shammaa v Parent*, 237 AD2d 684, 685; *see also, Loguidice v Fiorito*, 254 AD2d 714; *Migli v Davenport*, 249 AD2d 932).

The court properly granted that part of defendant's motion seeking summary judgment dismissing the Labor Law § 241 (6) claim and third-party defendant's cross motion for the same relief. The Labor Law § 241 (6) claim is premised upon an alleged violation of 12 NYCRR 23-1.7 (d) and (e). Because the accident occurred in an open area and not on a defined walkway, passageway or path, section 23-1.7 (d) does not apply (*see, Hill v Corning Inc.*, 237 AD2d 881, 882, *lv dismissed in part and denied in part* 90 NY2d 884; *McGrath v Lake Tree Vil. Assocs.*, 216 AD2d 877, 878). Section 23-1.7 (e) also does not apply because plaintiff slipped on ice and did not trip as the result of an obstruction such as dirt or debris within the meaning of subdivision (e) (*cf., Cafarella v Harrison Radiator Div.*, 237

AD2d 936). (Appeals from Order of Supreme Court, Niagara County, Fahey, J.—Summary Judgment.) Present—Green, J. P., Wisner, Hayes, Balio and Fallon, JJ.